# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LUIS A. SANTIAGO, ET AL., § | |
| § | Civil Action No. 4:18-CV-533 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| OCWEN LOAN SERVICING, LLC, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 3, 2019, the report of the Magistrate Judge (Dkt. #66) was entered containing proposed findings of fact and recommendations that Plaintiffs Luis and Linda Santiago's Motion to Refer Case to Bankruptcy Court (Dkt. #58) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Refer Case to Bankruptcy Court (Dkt. #58) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 23rd day of May, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE